IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PAUL,  1:09-cv-00758 WMW (HC)

    Petitioner,  ORDER GRANTING MOTION
TO PROCEED IN FORMA PAUPERIS
vs.
(DOCUMENT #2)
KEN CLARK,

    Respondent.
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   May 4, 2009**          /s/  William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE